IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YVETTE LOPEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-1326-RP |
| PARADIGM TREATMENT TEXAS, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court entered an order adopting United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff Yvette Lopez's Complaint. (R. & R., Dkt. 11). The Court dismissed Plaintiff's Complaint, (Dkt. 1), without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on December 4, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE